# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MICHAEL BRAZELL, JR.**                                                   **PLAINTIFF**
ADC #500711

v.                  **CASE NO. 2:25-CV-00138-BSM**

**BALL,** *et al.*                                                            **DEFENDANTS**

## ORDER

      Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 11] is adopted and Michael Brazell, Jr.'s complaint is dismissed without prejudice for failure to prosecute. The clerk is directed to close this case.

      IT IS SO ORDERED this 24th day of November, 2025.

                                                                       /s/ Brian S. Miller
                                                         UNITED STATES DISTRICT JUDGE